CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
MINA CHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada, 89101
(702) 388-6336
mina.chang@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KASH KING FULLER,<br>  aka "Kenneth Calhoun, Jr.,"<br><br>  Defendant. | Case No. 2:21-cr-303-JAD-EJY<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for**<br>**Kash King Fuller, aka**<br>**"Kenneth Calhoun, Jr."**<br>**(Id #1245804)** |

The petition of the United States Attorney for the District of Nevada respectfully shows that KASH KING FULLER, aka "Kenneth Calhoun, Jr." is committed by due process of law in the custody of the Warden, SOUTHERN DESERT CORRECTIONAL CENTER, Las Vegas, Nevada 89166, that it is necessary that the said KASH KING FULLER be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said Defendant may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on February 8, 2022, at the hour of 2:30 p.m.,

for an initial appearance/arraignment[1] and from time to time and day to day thereafter until excused by the said Court.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, SOUTHERN DESERT CORRECTIONAL CENTER, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said Defendant before the United States District Court on or about February 8, 2022 at the hour of 2:30 p.m., for an initial appearance/arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, SOUTHERN DESERT CORRECTIONAL CENTER, Las Vegas, Nevada.

Respectfully submitted this 4th day of January, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Mina Chang
Mina Chang
Assistant United States Attorney

---

[1] On November 16, 2021, Defendant signed a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(A) and (B) that was submitted to the Court on November 30, 2021. The Nevada Department of Corrections Inmate Search provides that Defendant is currently in the custody of the Southern Desert Correctional Center.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KASH KING FULLER,<br>　　aka "Kenneth Calhoun, Jr.,"<br><br>　　　　Defendant. | Case No. 2:21-cr-303-JAD-EJY<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for Kash King Fuller, aka "Kenneth Calhoun, Jr."**<br>**(Id #1245804)** |

　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of KASH KING FULLER, aka "Kenneth Calhoun, Jr.," before the United States District Court at Las Vegas, Nevada, on or about February 8, 2022 at the hour of 2:30 p.m. for an initial appearance/arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　DATED: January 14th, 2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KASH KING FULLER,<br>  aka "Kenneth Calhoun, Jr.,"<br><br>  Defendant. | Case No. 2:21-cr-303-JAD-EJY<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for**<br>**Kash King Fuller, aka**<br>**"Kenneth Calhoun, Jr."**<br>**(Id #1245804)** |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER
      LAS VEGAS, NEVADA, 89166
      UNITED STATES MARSHAL FOR THE DISTRICT OF
      NEVADA AND ANY OTHER UNITED STATES MARSHAL

<u>G R E E T I N G S</u>

WE COMMAND that you have the body of KASH KING FULLER, "Kenneth Calhoun, Jr.," detained in the custody of the Warden, SOUTHERN DESERT CORRECTIONAL CENTER, Las Vegas, Nevada 89166 before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about February 8, 2022 at the hour of 2:30 p.m., for an initial appearance/arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said DEFENDANT is released and discharged by the said Court; and that you shall thereafter return the said DEFENDANT

/ / /

/ / /

/ / /

to the custody of the Warden, SOUTHERN DESERT CORRECTIONAL CENTER, Las Vegas, Nevada 89166, under safe and secure conduct, and have you then and there this writ.

DATED: January 14th, 2022

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

ATTEST

Date: 1/14/2022

CLERK OF COURT

Signature of Clerk or Deputy Clerk